IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA N. HEDGECOCK,

    Claimant,

v.                                                                                    Civ. No. 14-417 WJ/SCY

CAROLYN W. COLVIN,
*Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Magistrate Judge Steven C. Yarbrough's August 28, 2015 Proposed Findings and Recommended Disposition ("PFRD") (*Doc. 28*). In this PFRD, Judge Yarbrough recommends that the Court remand this matter for further consideration by the Administrative Law Judge ("ALJ") to consider all the medical evidence in the record. The Commissioner has not filed any objections to the PFRD, thereby waiving its right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). For this reason, and upon review of the record, the Court agrees that remand is the appropriate action.

    **IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*doc. 28*) is ADOPTED.

2. Claimant's Motion to Remand is GRANTED.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE